UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2997**

Easoon USA, LLC v. Kelly
(D. Del. No. 1:19-cv-00564)

**ORDER**

The defendants in Easoon USA, LLC v. Kelly, D. Del. No. 1:19-cv-00564, have appealed. That case was previously consolidated with a patent case, and the two cases were tried and proceeded to judgment together. The defendants in the patent case appealed to the U.S. Court of Appeals for the Federal Circuit, but the defendants in the consolidated non-patent case appealed the same judgment to this Court.

The parties must show cause why this appeal should not be transferred to the Federal Circuit. See, e.g., Interpart Corp. v. Imos Italia, Vitaloni, S.p.A, 777 F.2d 678, 680–81 (Fed. Cir. 1985). Responses to this order must be filed within fourteen days.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 6, 2023
CJG/cc:   Sean T. O'Kelly, Esq.
          Gerard M. O'Rourke, Esq.
          Andrew L. Brown, Esq.
          David E. Moore, Esq.
          Bindu A. Palpura, Esq.