

Sean T. O'Kelly, Esq.
sokelly@okorlaw.com
**Direct: (302) 778-4001**

November 20, 2023

**<u>Via Electronic Filing</u>**
Patricia S. Dodszuweit
Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    Easoon USA, LLC v Kelly *et al*, Case No. 23-2997

Dear Ms. Dodszuweit:

    This firm represents Easoon USA, LLC, ("Easoon") in the above-referenced appeal and the underlying District Court action. We write in response to your Order issued on November 6, 2023.

    Easoon contends that this appeal should be transferred to the Federal Circuit pursuant to 28 USC § 1631. As the Order notes, the underlying action was consolidated with a patent claim and tried together. The district court had jurisdiction over the patent claim pursuant to 28 U.S.C. § 1338. As a result, the Federal Circuit has jurisdiction over the entire appeal. *See Raytheon Co. v. Indigo Sys. Corp.*, 895 F.3d 1333, 1339 (Fed. Cir. 2018)("Where a patent claim is joined with a state-law claim in the complaint, we have jurisdiction over the entire appeal of the final judgment even where…the patent claims have been dismissed with prejudice.").

                                          Respectfully submitted,

                                          /s/ *Gerard M. O'Rourke*

                                          Gerard M. O'Rourke

cc: All Counsel of Record (via ECF)